[No. 9787–1–III. Division Three. December 5, 1989.]

*In the Matter of the Personal Restraint of*
KENNETH RAY BUTLER, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Shields, JJ.

[No. 9484–7–III. Division Three. December 5, 1989.]

CONN BRECKNER, ET AL, *Respondents,* v. THE ESTATE OF JOSEPH G. BEITEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 86–2–00173–3, Fred L. Stewart, J., entered July 15, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

[No. 11695–2–II. Division Two. December 6, 1989.]

*In the Matter of the Marriage of* JOYCE LOUISE TATE,
*Petitioner, and* MICHAEL J. TATE,
*Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–3–00104–1, Terence Hanley, J., entered December 31, 1987. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Utter and Wieland, JJ. Pro Tem.

[No. 12076–3–II. Division Two. December 7, 1989.]

FIRST STATE BANK, *Appellant,* v. CECIL W.
JOHNSEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–2–01408–1, Leonard W. Kruse, J., entered June 3, 1988. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.